clauses of the will which seem contradictory thereto and inconsistent therewith, we are satisfied from a consideration of the entire will that the intention of the testator is expressed by the sixth clause, which, in effect, charges the same upon the DeWitt county lands alone. Moreover, in view of the fact that all of the real estate is subject to be charged with the payment of the debts and costs and expenses of administration, in the event that it should become necessary to resort thereto, insofar as such debts and costs are concerned, the expressions contained in the clauses other than the sixth are not necessarily in conflict or inconsistent therewith.

In this particular the decree of the Circuit Court is affirmed. Insofar as it abates the annuities to Joseph Denny and Phœbe K. Hitt it is reversed. The cause is therefore remanded with directions to the Circuit Court to proceed in accordance with the views herein expressed.

*Affirmed in part, reversed in part, and remanded with directions.*

---

### Trustees of Schools v. George H. Moore et al.

This case is controlled by the decision in Kincaid et al. v. Moore et al., *ante*, p. 23.

Bill in chancery. Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the May term, 1907. Affirmed in part, reversed in part and remanded with directions. Opinion filed December 7, 1907.

BARRY & MORRISSEY and HERRICK & HERRICK, for appellants.

R. W. MILLS, for appellees.

PER CURIAM: This is an appeal from the decree involved and considered in Kincaid et al. v. Moore et al., *ante,* p. 23.

In accordance with the views there expressed and the conclusions reached, the decree is reversed in part, affirmed in part, and the cause remanded with directions.

*Affirmed in part, reversed in part, and remanded with directions.*

---

### Joseph Denny v. George H. Moore et al.

This case is controlled by the decision in Kincaid et al. v. Moore et al., *ante,* p. 23.

Bill in chancery. Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the May term, 1907. Affirmed in part, reversed in part and remanded with directions. Opinion filed December 7, 1907.

BARRY & MORRISSEY and HERRICK & HERRICK, for appellants.

R. W. MILLS, for appellees.

PER CURIAM: This is an appeal from the decree involved and considered in Kincaid et al. v. Moore et al., *ante,* p. 23.

In accordance with the views there expressed and the conclusions reached, the decree is reversed in part, affirmed in part, and the cause remanded with directions.

*Affirmed in part, reversed in part, and remanded with directions.*